AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

> **LODGED**
> CLERK, U.S. DISTRICT COURT
> 8/22/2022
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____ JB _____ DEPUTY

United States of America

v.

SAMUEL SVEN SMITH,

    Defendant

Case No.   5:22-mj-00526-duty

> **FILED**
> CLERK, U.S. DISTRICT COURT
> August 22, 2022
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____ CD _____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 20, 2022. in the county of San Bernardino, in the Central District of California,

the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery |
| 18 U.S.C. § 924(c)(1)(A)(ii) | Brandishing a Firearm in Furtherance of a Crime of Violence |
| 18 U.S.C. § 111 | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

RYAN J. STEARMAN, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   August 22, 2022

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

AUSA:J. Chemerinsky x6520

**AFFIDAVIT**

I, Ryan J. Stearman, being duly sworn, declare and state as follows:

I.   **INTRODUCTION**

1.   I am currently assigned to the ATF Los Angeles Field Division, Santa Ana Field Office, and have been employed by the ATF since September 2005.  In the course of my employment as an ATF Special Agent, I have conducted and assisted numerous investigations involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms, burglaries, robberies, and other violent crimes.  In particular, I have conducted numerous serial robbery investigations involving a suspect or suspects committing multiple robberies, most of which were armed, of various businesses over a short period of time.  Additionally, I have investigated several commercial and residential burglaries in the course of my duties.

2.   As part of my current assignment, I work on the ATF Orange County Violent Crime Task Force ("OCVCTF"), which is comprised of federal and local law enforcement investigators focusing primarily on violent crimes and firearm offenses.  As a lead senior investigator on the OCVCTF, I routinely work with various law enforcement agencies in Southern California, and often across the United States, in reviewing and investigating criminal patterns and identifying crimes that are related to each other, specifically robberies.  Since 2016, I have

1

investigated hundreds of robberies, most of which were committed
by armed suspects.  Additionally, I have investigated or
assisted in the investigation of over 100 burglaries.

3.   To successfully conduct these investigations, I have
used a variety of investigative techniques and resources,
including physical and electronic surveillance, wire
interceptions, cellular telephone analysis, interviews, the
utilization of undercover agents and informants, and the review
of various databases and records.  I have interviewed numerous
suspects who have committed robberies and burglaries, among
other crimes, and have become familiar with the methods and
means by which they commit crime and attempt to avoid law
enforcement detection.  I have also interviewed witnesses and
victims of crimes and participated in in-field lineups and
presentations of six-pack photo arrays for suspect
identification purposes.

4.   I have received training during the course of my
employment as an ATF Special Agent in various topics to include
but not limited to: robberies affecting interstate commerce,
interview techniques, illegal trafficking of firearms, the
utilization of informants, the activities of criminal street
gangs, asset forfeiture, and conducting surveillance and wire
interceptions.  Through these investigations, my training and
experience, and conversations with other experienced agents and
law enforcement personnel, I have become familiar with the
methods used by individuals to plan and commit robberies, to

smuggle, safeguard, and store firearms, to distribute firearms, and to collect and launder related, illicit proceeds.

5.    In the course of my investigations, I routinely utilize cellular technology and records, including cell phone pings, cell site simulators, forensic imaging of seized digital devices, call detail records with and without cell site location information, tower logs, and account history information.  Just in the last five years, I have reviewed and analyzed hundreds of thousands of call detail records during various investigations.  I regularly obtain and analyze these records and data in the course of my investigations to establish patterns and obtain evidence of the crimes in which I am investigating since almost every person utilizes a cellular telephone during this day and age, and these devices often contain and transmit a wealth of information about a person's activities and communications related to criminal activity.

6.    As an ATF Special Agent, I have also participated in numerous federal and state search and arrest warrants involving individuals engaged in conspiracies to commit robberies and burglaries, unlawfully trafficking firearms, stealing firearms, unlawfully possessing firearms, as well as other criminal activity, including controlled substance offenses. Additionally, I have participated in the collection and seizure of hundreds of cellular telephone records, firearms records, and other types of evidence that documents activities in furtherance of robbery conspiracies, firearms crimes, and controlled substance offenses.

## II. <u>PURPOSE OF AFFIDAVIT</u>

7.   This affidavit is made in support of a criminal complaint against SAMUEL SVEN SMITH for violations of 18 U.S.C. § 1951(a)(interference with commerce by robbery), 18 U.S.C. § 924(c)(1)(A)(ii)(using, carrying, or brandishing a firearm in commission of crime of violence), and 18 U.S.C. § 111(assault on a federal officer).

8.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. <u>SUMMARY OF PROBABLE</u>

9.   As set forth below, law enforcement has been investigating a robbery series in which a single robber enters a large store -- generally a PetSmart -- and brandishes a firearm to commit a robbery.  Based on a number of common characteristics (including common clothing, a common modus operandi, and common vehicles) between the robberies, law enforcement determined that the same individual committed these robberies.  The robbery series consists of a total of 10 armed robberies.

10.   The final robbery in the series occurred on August 20, 2022, when SMITH entered a PetSmart and robbed the victim-clerk at gunpoint.  Immediately following the robbery, SMITH opened fire at federal law enforcement officers, who had tried to apprehend him, and then engaged in a high-speed chase, at the conclusion of which he was taken into custody.  At the time of his arrest, SMITH was wearing the exact same clothing he wore during the final robbery.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

### A.   The Robbery Series Under Investigation

11.   As set forth below, law enforcement has been investigating a series of armed robberies.  Based on reviews of case reports, surveillance footage, physical characteristics of the suspect, and similarities in how the suspect conducted the robberies:

a.   The first seven robberies were committed during the same week, and four of the seven robberies were committed at similar times.  A black pistol was used by the suspect in all ten robberies.

b.   Similar clothing was worn by the suspect during seven robberies including a distinct "FTP" logo on the suspects black sweatshirt.  Suspect was wearing the same black high top Converse tennis shoes in all ten robberies (per surveillance footage and victim statements).

c.   Nine of ten robberies occurred at "Petsmart" Locations.

d.    The suspect used a distinct black handbag with pink trim during all of the robberies.

e.    The suspect entered the store and usually retrieved pet related merchandise before committing the robbery.

f.    The same grey Toyota SUV was seen in robberies #1 and #7.

1.    Robbery 1 – July 31, 2022 in Riverside

12.   On Sunday, July 31, 2022, at about 8:53 p.m., Riverside Police Department ("RPD") officers responded to the "Big Lots" located at 2620 Canyon Springs Pkwy, in the City and County of Riverside, California, in reference to a robbery investigation.

13.   RPD officers spoke with the Victim #1 (Store Manager). At approximately 8:50 p.m., the victim was behind register two, getting ready to close for the day.  The victim suddenly heard Victim #2 (Store Employee) open the cash register.  Victim #1 then looked across the counter and saw the suspect standing across from Victim #2.  The suspect was dressed in all black and had a black handgun pointed toward Victim #2. Victim #1 immediately hid a cash register, with money, under the counter and pulled out an empty money drawer.  Victim #1 then saw Victim #2 place the money from his cash register in a bag and hand it to the suspect.  After Victim #2 did so, the suspect walked toward Victim #1 and told her to give the money from the cash register.  Victim #1 told the suspect she didn't have money and showed him an empty cash register.  The suspect walked out of the store.  The loss was approximately $120.

14.   The suspect was described as a white male, wearing a black hooded sweatshirt, black face mask, black pants, blue gloves, had a black handgun, and was carrying small black handbag with pink trim.

15.   Law enforcement reviewed video surveillance and the suspect was seen leaving the scene in a grey Toyota SUV.

      2.   <u>Robbery 2 – August 1, 2022 in Signal Hill</u>

16.   On Monday, August 1, 2022, at approximately 7:00 p.m., Signal Hill Police Department ("SHPD") officers were dispatched to "PetSmart" located at 2550 Cherry Ave in the City of Signal Hill, California, regarding a robbery that had just occurred. The reporting party stated the suspect was wearing a black sweatshirt, khaki pants, black Converse, armed with a handgun and had run out of the store with dog food and an unknown amount of cash.

17.   Officers contacted the victim (Cashier) and she told them the following in summary: the victim was working at the cash register and stated the line for her register extended all the way down the aisle.  The victim noticed the suspect in line and described the suspect as a male possible mixed white/Hispanic, wearing a black hoodie, black neck gaiter covering just above his nose, a black sweatshirt with no emblems or logos, beige cargo pants, black/white Converse shoes, black gloves, holding a large bag of Royal Canin dog food (valued at $89.99).  The victim stated the suspect waited his turn and when he approached the register, placed the dog food on the counter. The victim turned to the computer screen and then asked the

7

suspect for his phone number for his account and when the victim looked back at the suspect, he was holding a black handgun in his left hand. The victim stated it looked like a smaller version of the Signal Hill PD officer's duty gun, a black Glock 17. The victim stated the suspect extended the gun out towards her, pointing the gun at her lower chest. The suspect moved the gun closer to his body, still pointing it at the victim and asked, "Can you give me the 100's (referencing a $100 bill)?" The victim responded, "I can't give the 100's" and pointed to a locked safe. The suspect then demanded, "Give me the 20's (referencing a $20 bill)." The victim retrieved all the $20 bills in the register. The victim stated the suspect had a black cooler type of bag with pink trim in his right hand and she placed the money inside the cooler. The suspect still had the gun in his left hand. The suspect then placed the bag under his sweatshirt, retrieved the dog food, and walked out.

18. The store manager arrived on scene and told Signal Hill Officers the total loss was $989.99

19. The suspect was carrying the same small black handbag with pink trim and was wearing the same black Converse high tops mentioned in Robbery #1.

### 3.   Robbery 3 – August 1, 2022 in Orange

20. On August 1, 2022, at approximately 8:56 p.m., Orange Police Department ("OPD") officers received a call from an employee at PetSmart located at 1500 E. Village Way, Orange, California. The victim stated a male pointed a firearm at him and demanded money. OPD officers contacted the victim (Cashier)

and he told officers at approximately 8:45 p.m., the suspect
entered the PetSmart.  The suspect walked down the aisle, walked
back towards the victim, and asked where the Royal Canin dog
food was located.  The suspect grabbed the bag of dog food and
left it by the cash register area.  The suspect exited the store
and returned.  The suspect handed the victim a $100 bill. The
victim checked the bill and placed it in the drop safe, then
opened the till to retrieve the male's change.  The suspect told
the victim, "Hey."  The victim looked up and saw the subject
pointing a matte-black semi-automatic handgun towards him.  The
suspect then stated, "Sorry man, just give me the money in the
drawer right there."  The victim removed the cash from the
register and gave it to the suspect.  The suspect exited the
store with the dog food and cash and walked northbound from the
front entrance.  The victim did not see the suspect enter a
vehicle; however, he told officers he had observed a
"suspicious" white van that caught his attention earlier in the
day parked on the east side of the store.

21.  The victim described the suspect as a male white,
wearing a black hoodie with the hood up, gray 'gator' face mask,
khaki pants, and dark blue gloves.  The total loss was $335.19.

22.  The suspect was wearing the same khaki pants and black
high-top Converse mentioned in robberies #1 and #2.

        4.  Robbery 4 - August 4, 2022 Robbery in San
            Bernardino

23.  On August 4, 2022, at approximately 1:14 p.m., San
Bernardino Police Department ("SBPD") officers were dispatched

to "PetSmart" located at 595 E. Hospitality Lane, San
Bernardino, California, in reference to an armed robbery.

24.  SBPD officers contacted the store manager and reviewed
video surveillance of the incident.  At approximately 1:11 p.m.,
a male subject, approximately 6 feet tall, in his 20's, wearing
a black mask, black sweatshirt ("FTP" in white lettering on the
front and back), tan pants, black and white Converse sneakers
went up to cash register #1.  The suspect checked out several
items, and then exposed a black handgun with his right hand to
the cashier.  The cashier removed the cash from the register and
placed it inside of a black bag.  The suspect then fled on foot.

25.  The loss was approximately $300.

26.  The suspect was wearing the same khaki pants, black
high-top Converse, and was carrying the same black bag mentioned
in robberies #1, #2, and #3.

5.  Robbery 5 – August 4, 2022 Robbery in Fontana

27.  Fontana Police Department ("FPD") officers were
dispatched to an armed robbery located at "PetSmart" located at
15042 Summit Ave, in the City of Fontana, California.

28.  On August 4, 2022, at approximately 8:54 p.m., a male
described as, approximately 6'0", slender build, wearing a black
sweatshirt with "FTP" lettering in the front and back, khaki
pants, black high-top Converse shoes, and a black mask walk into
the store.  The suspect proceeds to bring a bag of merchandise
to the cash register area and placed the merchandise on the
counter along with a large dark blue pet carrier.  The suspect
retrieved a black handgun from a black bag which he was

carrying.  The suspect used his right hand and pointed the handgun at the cashier.  The cashier retrieved the cash drawer from the cash register and emptied the cash into the black bag the suspect was carrying.

29.  Moments later another store employee responded to the cash register area and the suspect pointed the handgun at this employee.  The employee proceeded to empty the cash drawer from another cash register and a black box located from underneath the cash register area.  The employee emptied the cash from the black box and placed it in the suspect's black bag. The suspect exited the store at approximately 8:59 p.m..

30.  The loss was approximately $1,200.

31.  Law enforcement reviewed video surveillance from the above incident and noticed the suspect was wearing the same khaki pants, black high-top Converse, and was carrying the same small black handbag mentioned in robberies #1, #2, # 3, and #4. The suspect was also wearing the same black shirt with the lettering "FTP" from robbery #4.

      6.  <u>Robbery 6 – August 5, 2022 in Pico Rivera</u>

32.  On August 5, 2022 at approximately 2:31 p.m., Los Angeles County Sheriff's Department ("LASD") deputies responded to the "PetSmart" located at 8852 Washington Boulevard, in the City of Pico Rivera, California regarding a robbery in progress.

33.  Upon arrival, the deputies contacted the victim (Cashier), who stated the following in summary: the victim was working at the cash register when she noticed a male white, approximately 6'1", medium build, wearing a black hooded

sweatshirt, black beanie, and khaki pants enter the store.  The
male suspect retrieved dog treats from the shelf behind the
registers and approached the victim at the cash register.  The
suspect placed a black lunch bag on the counter as he gave the
victim money for the dog treats.  The suspect then pointed a
black semi-automatic handgun at the victim and stated "I'm going
to need the rest of it too."  The suspect then asked for the key
to the "black box" (locked safe that holds additional money) at
which point she told the suspect only her manger has access. The
victim proceeded to call her store manager (Victim #2) to the
front.

     34.  Victim #2 stated she saw the suspect with the lunch
bag of money with his face almost entirely covered.  The suspect
told Victim #2 to open the black box as the suspect asked for
the money in another register as well.  Victim #2 gave the
suspect the money from both registers, and the suspect left the
location out of view.  The total loss was approximately $400.

     35.  The suspect was described as a white male
approximately 6'1", medium build, wearing a black hooded
sweatshirt displaying "FTP" on the back, black beanie, black
high-top Converse, khaki pants, and black handbag with a pink
trim.

     36.  The suspect was wearing the same khaki pants, black
high top converse, and was carrying the same black handbag scene
in robberies #1, #2, #3, #4, and #5.  The suspect was wearing
the same black sweatshirt with "FTP" white lettering seen in
robberies #4 and #5.

       7.   <u>Robbery 7 – August 5, 2022 in Redlands</u>

    37.  On August 5, 2022 at approximately 8:55 p.m., Redlands Police Department ("RPD") officers were dispatched to "PetSmart" located at 500 West Stuart Ave, in the City of Redlands, California, regarding an armed robbery in progress.

    38.  Dispatch comments in the call stated a white male wearing a black sweater, with white writing in the back displaying "FTP," wearing khaki pants entered the building with a black handgun.  The suspect was driving an older model grey Toyota RAV4 SUV.

    39.  Officers contacted the victim (store manager) and she told officers she was aware of an individual that had been robbing multiple PetSmart's in the area.  The victim was in the cash office when she recognized an individual matching the description from the flyer enter the store.  The victim was contacted by another employee over the store radio requesting for her to open the lockbox for the suspect.  The victim noticed the suspect had his hand on top of a small black handgun that was sitting on the counter pointed in her direction.  The victim described suspect's bag as a black bag with red trim.  The victim opened the lockbox and placed approximately $1,400 in cash inside of the bag the suspect was holding.

    40.  The suspect exited the store and the victim witnessed the suspect enter the driver seat of a Toyota SUV which was grey in color.  The victim stated the rear plate on the vehicle was covered with what appeared to be FTP written on it.  The victim

said the writing on the vehicle's plate was similar to the font of the suspect's hoodie.

41.   The victim gave the following suspect description: White male adult approximately 5'10" wearing a black hoodie with FTP written on it, khaki pants, black mask, high-top Converse and a very strong odor of marijuana coming from his body.

8.   Robbery 8 – August 13, 2022 in Huntington Beach

42.   On August 13, 2022, at approximately 8:44 p.m., Huntington Beach Police Department ("HBPD") officers, responded to "PetSmart" located at 7600 Edinger Avenue in the City of Huntington Beach, California, regarding a robbery in progress. Notes of the call indicated a male wearing all black clothing, carrying a gun, took approximately $1,000 in cash from the business and fled on foot eastbound.  HBPD officers contacted a store employee who told him a male suspect wearing a black hooded sweatshirt, black long pants, and black shoes standing at the cash register waiting to check out.  The suspect attempted to pay for a small pack of dog treats in cash and the employee opened the cash register for the transaction.  As the register opened, the suspect removed a black handgun, similar to a Glock, from the front pocket of his sweatshirt.  The suspect apologized to the employee and said he had to do this because he had a sick kid.  Fearing for his safety, the employee removed approximately $300 in cash from the register and placed it in a bag the suspect was holding.  Upon the suspect's request, another employee came over and opened the lockbox containing about $1,000 in cash.  The money was placed in the suspect's bag.  The

suspect then walked north out of the front doors of the store. The suspect walked to the parking lot and entered a small silver two door hatchback vehicle.  The vehicle fled the scene eastbound out of the parking lot.

43.  Law enforcement reviewed a photograph of the suspect from the incident's video surveillance.  The suspect was wearing the same black sweatshirt with white "FTP" lettering seen in robberies #3-#7.  The suspect was also wearing the same black high-top Converse seen in all of the above robberies.  The suspect was also seen wearing similar khaki pants and carried the same black handbag with pink trim seen in the above robberies.

### 9.  Robbery 9 – August 18, 2022 in Phoenix, Arizona

44.  On August 18, 2022, at approximately 7:28 p.m., an armed robbery occurred where a male suspect entered the "PetSmart" store located at 10825 N. Tatum Boulevard, Phoenix, Arizona.  The male suspect appeared to be purchasing pet merchandise at the cashier at the front of store.  While at the register, the male suspect paid for his purchase and presented a black handgun as soon as the till opened and demanded cash from the register, including the large bills.

45.  The cashier remained calm and complied by providing him with the money in the till and the store manager was contacted to provide the large bills from the black drop box. After receiving the cash, the male suspect was seen leaving the store on foot and entering the driver seat of a silver newer model Toyota Camry with black rimes and no license plates.  The

suspect fled the scene in this Toyota Camry.  The total loss was approximately $846. I reviewed video surveillance from the incident and noticed the suspect was wearing the same black high-top Converse shoes seen in robberies #1-#8.  The suspect was also seen carrying the same distinct black handbag with pink trim seen in all of the above robberies. The suspect also requested employees to retrieve the black lock box containing large sums of money as seen in all the above "PetSmart" robberies.

**B.    Identification of SMITH as the Robber in the Series**

1.   Information from Turo

46.   On August 19, 2022, I received information from "Turo"[1] rental service that a silver Toyota Camry bearing Arizona license plate 4RA1HG, matching the description of the suspect vehicle from robbery #9, was being rented by SMITH during the time of robbery #9.  The Toyota Camry was rented by SMITH in Phoenix, Arizona on August 16, 2022, and was due to be returned on August 21, 2022, in Phoenix, Arizona.  SMITH provided a photograph with his Arizona driver's license as part of the "Turo" agreement.

47.   "Turo" rental information also revealed a grey 2018 Toyota Rav-4 bearing Arizona license plate WRA2ZF was rented by SMITH from July 21, 2022 to August 7, 2022.  This vehicle matched the description of the vehicle used by the robber in robbery #1 and robbery #7.

---

[1] "Turo" is a third party application used to facilitate the rental of vehicles between individuals from various devices.

a.   On August 4, 2022, at approximately 9:10 p.m., a license plate reader camera captured the Toyota Rav-4 driving in the area of East Avenue and Victoria Street in the City of Rancho Cucamonga, which was approximately 3 miles from robbery #7 (Redlands; which occurred on August 4, 2022 at approximately 8:58 p.m.).

48.  "Turo" rental information also revealed a silver Toyota Corolla Hatchback bearing Arizona license plate Z6A6BH was rented by SMITH from August 7, 2022 to August 16, 2022.  A silver hatchback was used by the robbery in robbery #8 (Huntington Beach) on August 13, 2022.

49.  SMITH provided (562) 380-7923 as his phone number in his renter information to "Turo."

a.   I conducted an inquiry using law enforcement databases and SMITH provided this same phone number (562) 380-7923 as his primary phone number from a traffic collision SMITH was involved in San Diego, California on May of 2019.

b.   SMITH also provided this same phone number (562) 380-7923 as his primary phone number from a prior arrest record in Phoenix, Arizona from June 2019.

c.   On August 19, 2022, ATF task force personnel obtained a search warrant for subscriber records, historical call detail records with cell site location information, and prospective location information or pings for (562) 380-7923. Based on records received from the telecommunication provider, the phone is subscribed to SMITH.

2.   SMITH Matches the Physical Description of the Robber

50.   Based on a comparison of the photograph of SMITH, from his driver's license, he matches the physical description of the suspect in all nine aforementioned robberies.

51.   Investigators located a photograph of SMITH from "Facebook," and it appeared SMITH has tattoos on his right hand. The suspect in the above robberies was seen in robberies #4 and #5 with a tattoo on his right hand.[2]   At the other robberies, the suspect was wearing gloves.

3.   SMITH's Cell Phone Number (562) 380-7923 Places Him at Robberies

52.   After reviewing historical cellular location data that was obtained from the aforementioned search warrant which was authorized for historical cell site data for SMITH's phone, ATF task force personnel determined the following:

a.   SMITH's phone was in the vicinity of robbery #1 approximately 15 minutes after the robbery occurred.

b.   SMITH's phone was in the vicinity of robbery #2 at the time the robbery occurred.

c.   SMITH's phone was in the vicinity of robbery #3 at the time the robbery occurred.

d.   SMITH's phone was in the vicinity of robbery #4 at the time the robbery occurred.

e.   SMITH's phone was in the vicinity of robbery #5 at the time the robbery occurred.

---

[2] Based on a photograph taken of SMITH following his arrest, SMITH has a tattoo of a large insect on his right hand.

   f. SMITH's phone was in the vicinity of robbery #6 at the time the robbery occurred.

   g. SMITH's phone was in the vicinity of robbery #7 at the time the robbery occurred.

   h. SMITH's phone was in the vicinity of robbery #8 at the time the robbery occurred.

   i. SMITH's phone had no data at the time that robbery #9 occurred.

  **C. August 20, 2022 Armed Robbery and Assault on Federal Law Enforcement**

 53. On August 20, 2022, ATF task force personnel initiated surveillance on SMITH in Phoenix, Arizona.  SMITH was driving the 2022 Toyota Camry, which appeared to be the same vehicle used in robbery #9, which records had also shown was rented by SMITH through Turo.

 54. On the afternoon of August 20, 2022, SMITH, followed by the ATF task force, traveled by himself from Phoenix to California in the 2022 Toyota Camry.  During the hours long trip, SMITH drove at high speeds, of approximately 100 miles per hour, on the freeway from Arizona to California.  SMITH exited the freeway in Colton, California in order to refill his gas tank.

 55. SMITH drove directly to the area of a PetSmart near the Ontario Mills Mall in Ontario, California.  Immediately before going to the parking lot of the PetSmart, SMITH drove down a side street and covered the license plate of the Camry with black duct tape.  SMITH drove to the parking of the

PetSmart in Ontario, where he waited for approximately 10
minutes, appearing to case the store and observe the level of
activity.  I, along with other task force personnel, noted a
high level of foot traffic and customer activity in and around
the store.

56.  SMITH then drove away from that PetSmart store at a
high rate of speed and drove directly to the PetSmart in Rancho
Cucamonga on Foothill Boulevard.  SMITH parked the Toyota Camry
in a parking space near the front of the PetSmart store.  SMITH
again waited in the parking lot for several minutes, appearing
to gauge the customer activity in the store.

57.  After several minutes, SMITH exited the passenger
side of the Toyota Camry.  SMITH left the Toyota Camry's engine
running when he exited the vehicle.  When he exited the Toyota
Camry, I observed that SMITH was wearing a black ski mask, a
long-sleeve light blue button up shirt, dark pants, black
Converse shoes, and black gloves.

a.  This is the same clothing the robber wore in
robbery #9 (the Phoenix robbery).

58.  SMITH then entered the PetSmart store.  SMITH appeared
initially to go to the back of the store.  After a short period
of time, SMITH returned to the front of the store and stood in
line, as if he was going to purchase an item.  After waiting in
line, SMITH approached the cashier and pulled out the same bag
used in each of the robberies described above, that is, a black
bag with pink lining, from his back pocket.  SMITH also
brandished a black pistol and pointed it at the store clerk.

SMITH opened the bag and the clerk took money out of the
register and placed approximately $400-500 in cash into SMITH's
bag.  SMITH exited the store and proceeded to run at a fast pace
southbound in the parking lot, circling back to the Toyota
Camry.

59.  As SMITH approached the driver's side door of the
Toyota Camry, SMITH noticed ATF Task Force personnel approaching
in an unmarked vehicle and SMITH pointed the handgun at the law
enforcement officers.  SMITH then opened the driver's side door
of the Camry and fired at least two rounds at the ATF unmarked
vehicle, which was struck by the gunfire.  As SMITH was entering
the Camry, an officer in another unmarked vehicle returned fire.
SMITH then entered his vehicle and fled at a high rate of speed.
ATF personnel, along with San Bernardino County Sheriffs,
pursued SMITH for approximately 15-20 minutes through several
different cities.  During this pursuit, SMITH fired several
times at the ATF task force personnel and Sheriff's deputies
pursuing him.

60.  The pursuit ended when Sheriff's deputies employed a
pursuit intervention technique ("PIT"), disabling SMITH's
vehicle.  When law enforcement approached SMITH's vehicle they
determined that SMITH had suffered a gunshot wound underneath
the chin.  SMITH told law enforcement, who were performing life
saving measures, that when law enforcement rammed into his
vehicle, SMITH accidentally shot himself.

61.  Law enforcement took SMITH into custody and he was
transported to the hospital.  At the time of his arrest, SMITH

was still wearing the same clothing that he wore during the robbery, including the ski mask.  In the passenger seat, law enforcement recovered the firearm.  On the floorboard of the driver's seat, law enforcement recovered several rounds of live ammunition.

### V.  CONCLUSION

62.  For all the reasons described above, there is probable cause to believe that SMITH has committed violations of 18 U.S.C. § 1951(a) (interference with commerce by robbery), 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, or brandishing a firearm in commission of crime of violence), and 18 U.S.C. § 111 (assault on a federal officer).

/s/

RYAN J. STEARMAN, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 22nd day of
August, 2022.

UNITED STATES MAGISTRATE JUDGE
ALKA SAGAR